UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID FITZPATRICK, as Personal Representative of the ESTATE OF RYAN R. FITZPATRICK,<br><br>    Plaintiff<br><br>v.<br><br>KENNETH P. COHEN,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO: 10-CV-54-GZS<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO EXCLUDE PORTIONS OF DEPOSITION EXCERPTS WHICH PLAINTIFF INTENDS TO READ INTO EVIDENCE

Defendant in the above captioned matter, by and through undersigned counsel, pursuant to this Court's Report of Final Pretrial Conference and Order (Doc. No. 33), hereby identifies outstanding issues relating to the deposition excerpts which Plaintiff intends to read into evidence as follows:

Plaintiff has designated portions of the deposition of a Brian Benner which Plaintiff intends to read into evidence. The transcript of Mr. Benner's deposition, with those portions designated by Plaintiff highlighted, is attached hereto as Exhibit A. The two outstanding issues relating to the designated excerpts are: (1) the resolution of Defendant's objections, at the time of deposition, to certain questions and (2) the resolution of Defendant's Motion in Limine to Exclude Irrelevant and Unduly Prejudicial Evidence, p.5-8 (Doc. No. 33) ("Defendant's Motion in Limine").

Questions and testimony objected to in the deposition of Brian Benner appear at: 15:17-16:13; 18:6-18:22. The questions and responses objected to must be excluded on the grounds

1

identified in those objections.  Defendant's Motion in Limine addresses testimony in the deposition of Brian Benner including statements attributed to Plaintiff's decedent, Ryan Fitzpatrick.  If Defendant's Motion in Limine is granted, then the designated portions of Mr. Benner's testimony must likewise be excluded at trial.

    WHEREFORE, Defendant prays this Court grant this Motion, exclude those questions and responses in the deposition transcript of Brian Benner to which Defendant objected at the time of deposition, exclude that portion of the deposition of Brian Benner addressed in Defendant's Motion in Limine, and grant all such other and further relief as this Court deems just.

Dated:  April 1, 2011

                                Respectfully Submitted,

                                /s/Martha C. Gaythwaite_____
                                Martha C. Gaythwaite, Esq.
                                Attorney for Defendant Kenneth P. Cohen
                                FRIEDMAN GAYTHWAITE WOLF & LEAVITT
                                25 Pearl Street
                                Portland, ME 04112-4726
                                (207) 761-0900
                                mgaythwaite@fgwl-law.com

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

      I hereby certify that on April 1, 2011, I electronically filed Defendant's Motion to Exclude Portions of Deposition Excerpts which Plaintiff Intends to Read into Evidence, with the Clerk of the U.S. District Court for the District of Massachusetts using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/Martha C. Gaythwaite
      Martha C. Gaythwaite
      Attorney for Defendant

FRIEDMAN GAYTHWAITE WOLF & LEAVITT
25 Pearl Street
P.O. Box 4726
Portland, ME 04112-4726
(207) 761-0900